ACCEPTED
02-15-00208-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
11/30/2015 2:12:30 PM
DEBRA SPISAK
CLERK

No. 2-15-00208-CV

_____

IN THE SECOND COURT OF APPEALS
FORT WORTH, TEXAS

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
11/30/2015 2:12:30 PM
DEBRA SPISAK
Clerk

_____

Appeal from the 231st District Court,
Tarrant County, Texas,
The Hon. Jesus Nevarez Presiding

D. JASON MCCOY,

*Appellant*

V.

ELENA K. MCCOY,

*Appellee*

**APPELLANT'S OBJECTION TO DENIAL OF ORAL ARGUMENT**

TO THE HONORABLE SECOND COURT OF APPEALS:

Now comes D. Jason McCoy ("Appellant") respectfully objecting to the Courts denial of his request for oral argument on grounds that the decision process would be significantly aided by argument. Specifically, oral argument would be helpful to the Court because the controlling law in determining error or the face of the record comes from the Texas Family Code, and the Court may have questions about various statutory evidentiary requirements affecting the judgment. Further, one of the issues in this case hinges on an absence of necessary evidence that Appellee failed to introduce at the hearing on her Motion for Temporary Orders Pending Appeal. Because there is no Reporter's Record of this hearing, oral argument is necessary for the Court to

ascertain whether the Appellee met her burden of proof required for here to succeed on her motion.

## PRAYER

THEREFORE, the Appellant prays that the Second Court of Appeals reconsider its denial of oral argument, and set a date for oral arguments to be heard prior to rendering judgement on this matter.

Respectfully submitted by,

**/S/ D. Jason McCoy**
D. Jason McCoy
State Bar of Texas No. 24088008

5005 Greenville Avenue, Suite 200
Dallas, Texas 75206
Tel: (214) 272-2297
Fax: (214) 363-9979
Email: jason@mccoylawpllc.com
*Pro Se Appellant*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Appellant Donald Jason McCoy's Objection to Denial of Oral Argument has been delivered as follows:

Robert D. Hoover
113 North Houston Street
Fort Worth, Texas 76102

Attorney for Appellee

Elena K. McCoy

VIA E-SERVICE AT
ROBERTDHOOVER@SBCGLOBAL.NET

**/s/ D. Jason McCoy**
D. Jason McCoy
Texas Bar Number 24088008